# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
E-FILING
2008 JUN 13 A 10:54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Jose Angel CORONA-Lopez

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 08-70353 RS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __February 28, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                         Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6/13/08__ at __San Jose, California__
   Date                                        City and State

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**RE:** Jose Angel CORONA-Lopez                                      A 98 254 890

I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Jose Angel CORONA-Lopez (AKA: Oscar SANCHEZ), is a 33 year-old married male whose DOB is currently understood to be 8/8/1974. He is a citizen and native of Jalisco, Mexico as substantiated by multiple statements made to that effect by the DEFENDANT on September 12, 2005, April 20, 2007, June 26, 2007 and again during an interview that was initiated on February 28, 2008 at Santa Clara County Jail by ICE Immigration Enforcement Agent (IEA) Joseph Oidem of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 98 254 890, FBI number of 434485KB8, and California Criminal State ID Number of A11936093;

(3) On May 7, 1999, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offenses of: POSSESSION OF A CONTROLLED NARCOTIC SUBSTANCE/COCAINE, in violation of California Health & Safety Code Section 11350(A), DRIVING UNDER THE INFLUENCE OF ALCOHOL, in violation of California Vehicle Code Section 23152(A), PROVIDING FALSE INFORMATION TO A PEACE OFFICER, in violation of California Vehicle Code Section 31. These offenses are misdemeanor violations for which the DEFENDANT was sentenced to (6) days in jail and probation. This probation was violated on November 23, 1999 and the DEFENDANT was ordered to serve an additional two hundred and seventy days in jail on December 23, 1999;

(4) On November 23, 1999, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: POSSESSION OF MARIJUANA FOR SALE, a felony, in violation of California Health & Safety Code Section 11359, for which the DEFENDANT was sentenced to (1) year and (4) months in state prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

**Re: Jose Angel CORONA-Lopez**                                                                A98 254 890

(5)  On May 6, 2005, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: POSSESSION OF A CONTROLLED SUBSTANCE, in violation of California Health & Safety Code Section 11377(a) *and* PROVIDING FALSE NAME TO A PEACE OFFICER, in violation of California Penal Code Section 148.9. These offenses are misdemeanor violations for which the DEFENDANT was sentenced to (20) days in Jail;

(6)  On September 7, 2005, the DEFENDANT was determined to be unlawfully present in the United States and subject to a Final Order of Removal by the DRO/ICE Field Officer Director/San Francisco, California and ordered removed from the United States to Mexico;

(7)  On September 13, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the Patrol Agent In Charge (Acting), Border Patrol Station, Nogales, Arizona, and ordered removed from the United States to Mexico;

(8)  On April 12, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: DRIVING ON A SUSPENDED LICENSE, a misdemeanor, in violation of California Vehicle Code Section 14601.2(A), for which the DEFENDANT was sentenced to (5) days in jail;

(9)  On July 8, 2007, the DEFENDANT was determined to be unlawfully present in the United States by the Field Officer Director San Francisco, California and ordered deported from the United States to Mexico;

(10) On April 17, 2008, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: BURGLARY 1ST DEGREE, a felony, in violation of California Penal Code Section 460(A) and PAROLE VIOLATION, a felony, in violation of California Penal Code Section 3056 for which the DEFENDANT was sentenced to (2) years in jail;

(11) On May 15, 2008, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: FALSE NAME TO A PEACE OFFICER, a misdemeanor, in violation of California Penal Code Section 148.9 for which the DEFENDANT was sentenced to (1) day in jail;

Re: Jose Angel CORONA-Lopez

A98 254 890

(12) The DEFENDANT, on a date unknown, but no later than February 28, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and removals/deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326. On that same date, the DEFENDANT was interviewed by (IEA) Oidem at the Santa Clara County Jail, San Jose, CA, and during the interview, the DEFENDANT was read his **Miranda** rights in the Spanish language. The DEFENDANT waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportations/removals, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

(13) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(14) On March 3, 2008, the DEFENDANT'S fingerprints were taken as part of the standard booking procedure at DRO/ICE San Jose. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with fingerprints of Jose Angel CORONA-Lopez (A#98 254 890) on official documents in his Administrative File. The latent print examiner determined that the fingerprints were identical and related to Jose Angel CORONA-Lopez (A#98 254 890).

(15) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 13th day of June, 2008

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE